IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| S.G.S., | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:26-CV-521 (CDL) |
| WARDEN, STEWART DETENTION CENTER, | * | |
| Respondent. | * | |
| | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 23, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 19th day of November, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA